In the Matter of the Accounting of THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee under the Will of JAMES A. DUFFY, Deceased, Respondent.

SOPHIA C. BRADY et al., Appellants; JOHN BRADY et al., Respondents.

*Matter of Farmers' Loan & Trust Co.*, 171 App. Div. ——, affirmed. (Submitted February 28, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1915, which affirmed a decree of the New York County Surrogate's Court construing the will of James A. Duffy, deceased. The appeal brings up for review the ruling that the vesting of the interest of appellants' intestate was deferred until the termination of the life estate created in said will, thereby entitling the survivor, John Brady, to the entire estate, to the exclusion of appellants, who claim under his deceased brother, Peter J. Brady, also named as a legatee.

*Edo E. Mercelis* for appellants.

*George J. Gillespie* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.